**UNITED STATE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In Re:

Chad Edmund Watson,
Debtor.
_____________________________/

Chapter 13
Case No. 2:24-bk-01634-FMD

**OBJECTION TO CLAIM NO. 11-1 FILED BY BOHDAN NYCHKA and ALEXANDRA NYCHKA**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at: 801 N. Florida Avenue, Suite #555, Tampa, Florida 33602, and to the moving party's attorney, Allan T. Griffith, P.A., 2100 McGregor Blvd., Fort Myers, FL 33901, within twenty-one (21) days from the date of the attached proof of service, plus an additional three (3) days if this paper was served by U. S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date, or consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read this paper carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified or eliminated if you do not timely file and serve a response.**

**COMES NOW**, the Debtor, Chad Edmund Watson, by and through his undersigned attorney, and hereby objects to the following proof of claim:

| CLAIM NO. | AMOUNT | PARTY |
|---|---|---|
| **11-1** | **$242,281.84** | Bohdan Nychka and Alexandra Nychka |

on the grounds that this debt is not secured and that Bohdan Nychka and Alexandra Nychka signed a Satisfaction of Judgment on February 28, 2025. (copy attached hereto with their IDs attached)

This Satisfaction was then recorded in Lee County, Florida (Instrument # 2025000069852) and Charlotte County, Florida (Instrument # 3503430).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing has been furnished by regular United States mail and or electronically to, U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602, Jon M Waage Trustee, PO Box 25001, Bradenton, FL 34206-5001, Chad Edmund Watson, 4300 Riverside Drive lot 169, Punta Gorda, FL 33982 & Hixson Law Group, Attn: Christopher Hixson, Esq., 18167 US Hwy. 19 N., Ste 250, Clearwater, FL 33764, this 14 day of August 2025.

Allan T. Griffith,P.A.
2100 McGregor Boulevard
Fort Myers, FL 33901
(239)334-9199
allan@allantgriffith.com

Allan T. Griffith, Esquire
Attorney for Debtor
Florida Bar No. 173669

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR CHARLOTTE COUNTY, FLORIDA CIVIL DIVISION

BOHDAN NYCHKA and
ALEXANDRA NYCHKA,
Plaintiff,

v Case no. 07-003178-CA

WATCO CONSTRUCTION, INC.,
A Florida Corporation, and CHAD
EDMUND WATSON, individually
and as an Officer and Director of Watco
Constructions, Inc.,

Defendants.
_______________________________/

**SATISFACTION OF JUDGMENT**

The undersigned, owner and holder of a final judgment rendered in the above-captioned civil action, dated March 10, 2008, recorded in Lee County, Official Records Book 3268 beginning at Page 955 through Page 972 and re-recorded in Lee County, Official Records Book 3426 beginning at Page 423 through Page 425, acknowledges that all sums due under it have been fully paid and that final judgment is hereby canceled and satisfied of record.

Date: 2/28/25 ________________________
Bohdan Nychka,
Judgment Owner

Date: 2/28/25 ________________________
Alexandra Nychka,
Judgment Owner

**THE FOREGOING instrument was acknowledged before me, by means of ☒ physical presence or ☐ on-line Notarization, this 28 day of February, 2025, by Bohdan**

**Nychka, who is personally known to me or who has produced** FL DL'S **______ as identification and who did take an oath.**

NADIA DELTOR
MY COMMISSION # HH 527644
EXPIRES: May 14, 2028

**NOTARY PUBLIC SIGNATURE**

**(SEAL)**

**THE FOREGOING instrument was acknowledged before me, by means of ☒ physical presence or ☐ on-line Notarization, this** 28 **day of** February**, 2025, by Alexandra Nychka, who is personally known to me or who has produced** FL DL'S **______ as identification and who did take an oath.**

**NOTARY PUBLIC SIGNATURE**

**(SEAL)**

NADIA DELTOR
MY COMMISSION # HH 527644
EXPIRES: May 14, 2028

yahoo!mail Search your mail Give feedback

← Back

Starred Contacts More

Inbox
Starred
Sent
Drafts
Folders
...

Inbox

# Nyshka id

**Watco Construction**
To me · Fri, Feb 28 at 2:30 PM




Yahoo Mail: Search, Organize, Conquer

Reply Forward

yahoo!mail Search your mail Give feedback

Starred Contacts Mor

← Back

Inbox
Starred
Sent
Drafts
Folders

Inbox

# Nyshka id 2

**Watco Construction**
To me · Fri, Feb 28 at 2:30 PM




Yahoo Mail: Search, Organize, Conquer

Reply Forward