ORDERED.

**Dated: August 15, 2025**

Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re: Case No. 2:24-bk-01634-FMD
Chapter 13

Chad Edmund Watson

Debtor.
__________________________/

**ORDER GRANTING DEBTOR'S MOTION FOR**
**<u>RECONSIDERATION OF ORDER DISMISSING CHAPTER 13 CASE</u>**

THIS CASE came on for a hearing on August 7, 2025 upon the Debtor's Motion for Reconsideration of Order Dismissing Chapter 13 Case (Doc. No. 39). Accordingly, it is

**ORDERED**:

1. The Debtor's Motion for Reconsideration of Order Dismissing Chapter 13 Case (Doc. No. 39) is hereby **GRANTED**.

2. The Order Dismissing Chapter 13 Case (Doc. No. 37) entered on July 10, 2025, is hereby VACATED and the case is reinstated as an active Chapter 13 case.

3. In the event payments to the Trustee hereafter again become delinquent, the Trustee may file a Notice of Default, giving the Debtor fourteen (14) days to cure the delinquency. If the Debtor fails to become current with their plan payments within fourteen (14) days of the Notice of Default, the Trustee may, without further notice to the Debtor, submit an Order dismissing the above-styled Chapter 13 case.

**4. The Confirmation Hearing and Hearing on Objections to Confirmation is hereby rescheduled to October 9, 2025 at 1:35 p.m., before the Honorable Caryl E. Delano, United States Bankruptcy Judge, by Zoom from Courtroom 9A, Tampa, Florida.**

**5. Unless otherwise notified, Judge Delano will conduct all Fort Myers hearings by Zoom from Tampa Courtroom 9A. Parties may attend the hearing by video or telephone via Zoom. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON AT THE FORT MYERS COURTHOUSE. Parties are directed to consult Judge Delano's *Procedures Governing Court Appearances* regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing.**

Attorney, Allan T. Griffith, Esquire, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

JMW/KRM/ss C13T 08/14/25