**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**IN RE:**
**CHAD EDMUND WATSON**

**Case No.: 2:24-BK-01634-FMD**
**Chapter 13**

**Debtor.**
______________________________/

**NOTICE OF WITHDRAW OF CLAIM 11-1**

Secured Creditor, BOHDAN NYCHKA and ALEXANDA NYCHKA, by and through undersigned counsel hereby withdraws its Claim 11-1.

Dated this August 18, 2025.

s/ Christopher L. Hixson
Christopher Hixson, Esquire (FBN: 41158)
*Counsel for Creditors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail, CM/ECF electronic service to any and all parties receiving CM/ECF service on this this August 18, 2025.

/s/ Christopher L. Hixson
Christopher Hixson, Esquire (FBN: 41158)
Florida Bar No.: 41158
**Hixson Law Group**
**18167 US Hwy 19 N, Suite 250**
**Clearwater, FL 33764**
Phone: (833)-203-5294
Primary: chris@hixlawgroup.com - Attorney
Secondary: nykelle@hixlawgroup.com – Paralegal
*Counsel for Creditors*